United States Bankruptcy Court
District of Colorado

In re:                                                                Case No. 17-15470-KHT
Travis Jared Park                                                     Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: lopezb          Page 1 of 1          Date Rcvd: Jun 14, 2017
                              Form ID: 769          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db           +Travis Jared Park,    502 Potomac St.,    Apt H,    Aurora, CO 80011-8666
17649672      ABC Financial Services, Inc.,    RE: XX XXX 0308,    PO Box 6800,    Sherwood, AR 72124-6800
17649677      Credit Control LLC,    RE: XX XXX 7627,    PO Box 546,    Hazelwood, MO 63042-0546
17649678      E-470 Public Highway Authority,    RE: XX XXX 2568,    PO Box 5470,    Denver, CO 80217-5470
17649679     +Hawthorn Recovery Services,    RE: XX XXX 0773,    PO Box 1859,    Columbia, MO 65205-1859
17649680      LGBS, LLP,    RE: XX XXX 3496,    PO Box 9422,    New York, NY 10087-9422
17649682      NY State Thruway Violations Processing,    RE: XX XXX 1007,    PO Box 15186,
               Albany, NY 12212-5186
17649681      New York State Thruway Authority,    RE: XX XXX 9310,    PO Box 189,    Albany, NY 12201-0189
17649683     +Northwest Parkway,    RE: XX XXX 6829,    3701 Northwest Parkway,    Broomfield, CO 80023-9479
17649684      PACER Service Center,    RE: XX XXX 2505,    PO Box 71364,    Philadelphia, PA 19176-1364
17649685      Pathology Associates PC,    RE: XX XXX 3377,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
17649686     +Phelps County Regional Med. Center,    RE: XX XXX 0175,    PO Box 220,    Rolla, MO 65402-0220
17649687     +Prorehab,    RE: XX XXX 1742,    PO Box 411760,    St. Louis, MO 63141-1760
17649688      South County Regiologists, Inc.,    RE: XX XXX 1424,    PO Box 795312,    St. Louis, MO 63179-0701
17649689      St. Anthony's Medical Center,    RE: XX XXX 1424,    PO Box 66766,    St. Louis, MO 63166-6766
17649692      WVPA - Customer Service Center,    RE: XX XXX 8073,    PO Box 1469,    Charleston, WV 25325-1469
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BDVWADSWORTH.COM Jun 14 2017 22:49:00      David V. Wadsworth,    1660 Lincoln St.,
               Ste. 2200,    Denver, CO 80264-2202
17649674      EDI: ARSN.COM Jun 14 2017 22:48:00      ARS,    RE: XX XXX 2994,    PO Box 469046,
               Escondido, CA 92046-9046
17649673      E-mail/Text: jhill@arc1.biz Jun 14 2017 22:50:09       Account Resolution Corporation,
               RE: XX XXX 6765,    PO Box 3860,    Chesterfield, MO 63006-3860
17649675      EDI: BANKAMER.COM Jun 14 2017 22:48:00      Bank of America,    RE: XX XXX 7940,    PO Box 851001,
               Dallas, TX 75285-1001
17649676     +EDI: CHASE.COM Jun 14 2017 22:48:00      Chase Card,    RE: XX XXX 9810,    PO Box 15298,
               Wilmington, DE 19850-5298
17649690      E-mail/Text: bankruptcydepartment@tsico.com Jun 14 2017 22:50:24       Transworld Systems, Inc.,
               RE: XX XXX 1152,    PO Box 15110,    Wilmington, DE 19850-5110
17649691     +E-mail/Text: bankruptcyreports@wakeassoc.com Jun 14 2017 22:50:25
               Wakefield Associates, Inc.,    RE: XX XXX 0175,    PO Box 58,    Fort Morgan, CO 80701-0058
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
```
              David V. Wadsworth    dwadsworth@wwc-legal.com, CO30@ecfcbis.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                               TOTAL: 2
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Travis Jared Park** | Social Security number or ITIN | **xxx–xx–6475** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Colorado** | Date case filed for chapter | **7   6/13/17** |
| Case number: | **17–15470–KHT** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Travis Jared Park | |
| 2. | **All other names used in the last 8 years** | aka Aaron Joshua Frost, aka Aaron Joshua McDonald | |
| 3. | **Address** | 502 Potomac St.<br>Apt H<br>Aurora, CO 80011 | |
| 4. | **Debtor's attorney**<br>Name and address | Travis Jared Park<br>502 Potomac St.<br>Apt H<br>Aurora, CO 80011 | Contact phone 720–737–3215 |
| 5. | **Bankruptcy trustee**<br>Name and address | David V. Wadsworth<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264 | Contact phone 303–296–1999 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**      page 1
b309a_7cna

| | | |
|---|---|---|
| The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously−filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. | | |
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202−2508 | Hours open Monday − Friday 8:00 AM − 4:30 PM<br><br>Contact phone 720−904−7300<br><br>Date: 6/14/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2017** at **10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>Under Bankruptcy Rule 4002(b)(1)−(2), you shall bring the following to the meeting of creditors:<br><br>1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist;<br><br>2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and<br><br>3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | Location:<br><br>**Byron G. Rogers Federal Building, 1961 Stout Street, Suite 16−200, Room A, Denver, CO 80294** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 9/8/17 |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:** | **Filing deadline:** 7 days *before* the the meeting of creditors |
|---|---|---|
| | You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | |

| | | |
|---|---|---|
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Notice of possible dismissal** | You are hereby notified that if this case was filed as deficient, it is subject to the United States Trustee's Standing Motion to Dismiss under Local Bankruptcy Rule 1017–3(a)(3), and/or the dismissal provisions of 11 U.S.C. § 521(i). | |
| **12. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **14. Case trustee's sale of assets** | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. any objections to the said announcement must be filed in writing with the clerk and served upon the trustee within 14 days of the meeting. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**