```
          FILED

2017 JUL 11 PM 3: 48      Certificate Number: 00301-CO-DE-029556732

U.S. BANKRUPTCY COURT     Bankruptcy Case Number: 17-15470
DISTRICT OF COLORADO
```



00301-CO-DE-029556732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 10, 2017</u>, at <u>6:24</u> o'clock <u>PM EDT</u>, <u>TRAVIS J PARK</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>July 10, 2017</u>   By: <u>/s/Shabonda Burch</u>

Name: <u>Shabonda Burch</u>

Title: <u>Certified Bankruptcy Counselor</u>