```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                         Case No. 17-15470-KHT
Travis Jared Park                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin             Page 1 of 1              Date Rcvd: Sep 14, 2017
                              Form ID: 177            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Travis Jared Park,    502 Potomac St.,    Apt H,    Aurora, CO 80011-8666
17649672        ABC Financial Services, Inc.,    RE: XX XXX 0308,    PO Box 6800,    Sherwood, AR 72124-6800
17649677        Credit Control LLC,    RE: XX XXX 7627,    PO Box 546,    Hazelwood, MO 63042-0546
17649678        E-470 Public Highway Authority,    RE: XX XXX 2568,    PO Box 5470,    Denver, CO 80217-5470
17649679       +Hawthorn Recovery Services,    RE: XX XXX 0773,    PO Box 1859,    Columbia, MO 65205-1859
17649680        LGBS, LLP,    RE: XX XXX 3496,    PO Box 9422,    New York, NY 10087-9422
17649682        NY State Thruway Violations Processing,    RE: XX XXX 1007,    PO Box 15186,
                 Albany, NY 12212-5186
17649681        New York State Thruway Authority,    RE: XX XXX 9310,    PO Box 189,    Albany, NY 12201-0189
17649683       +Northwest Parkway,    RE: XX XXX 6829,    3701 Northwest Parkway,    Broomfield, CO 80023-9479
17649684        PACER Service Center,    RE: XX XXX 2505,    PO Box 71364,    Philadelphia, PA 19176-1364
17649685        Pathology Associates PC,    RE: XX XXX 3377,    5700 Southwyck Blvd.,    Toledo, OH 43614-1509
17649686       +Phelps County Regional Med. Center,    RE: XX XXX 0175,    PO Box 220,    Rolla, MO 65402-0220
17649687       +Prorehab,    RE: XX XXX 1742,    PO Box 411760,    St. Louis, MO 63141-1760
17649688        South County Regiologists, Inc.,    RE: XX XXX 1424,    PO Box 795312,    St. Louis, MO 63179-0701
17649689        St. Anthony's Medical Center,    RE: XX XXX 1424,    PO Box 66766,    St. Louis, MO 63166-6766
17649692        WVPA - Customer Service Center,    RE: XX XXX 8073,    PO Box 1469,    Charleston, WV 25325-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDVWADSWORTH.COM Sep 15 2017 02:23:00      David V. Wadsworth,    1660 Lincoln St.,
                 Ste. 2200,   Denver, CO 80264-2202
17649674        EDI: ARSN.COM Sep 15 2017 02:23:00      ARS,   RE: XX XXX 2994,    PO Box 469046,
                 Escondido, CA 92046-9046
17649673        E-mail/Text: jhill@arc1.biz Sep 15 2017 02:29:45      Account Resolution Corporation,
                 RE: XX XXX 6765,    PO Box 3860,    Chesterfield, MO 63006-3860
17649675        EDI: BANKAMER.COM Sep 15 2017 02:23:00      Bank of America,    RE: XX XXX 7940,    PO Box 851001,
                 Dallas, TX 75285-1001
17649676       +EDI: CHASE.COM Sep 15 2017 02:23:00      Chase Card,    RE: XX XXX 9810,    PO Box 15298,
                 Wilmington, DE 19850-5298
17649690        E-mail/Text: bankruptcydepartment@tsico.com Sep 15 2017 02:30:06      Transworld Systems, Inc.,
                 RE: XX XXX 1152,    PO Box 15110,    Wilmington, DE 19850-5110
17649691       +E-mail/Text: bankruptcyreports@wakeassoc.com Sep 15 2017 02:30:06
                 Wakefield Associates, Inc.,    RE: XX XXX 0175,    PO Box 58,    Fort Morgan, CO 80701-0058
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              David V. Wadsworth    dwadsworth@wwc-legal.com, CO30@ecfcbis.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Travis Jared Park** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6475** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Colorado** | | |
| Case number:   **17–15470–KHT** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Travis Jared Park
aka Aaron Joshua Frost, aka Aaron Joshua McDonald

9/14/17

**By the court:**   <u>Kimberley H. Tyson</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**